FILED

DEC 06 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 19-CR-04584-LAB |
|---|---|
| Plaintiff, | **ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE SUPERSEDING INFORMATION AS TO DEFENDANT SANDY MILAN-PONCE** |
| v. | |
| SANDY MILAN-PONCE (2), | |
| Defendant. | |

This matter comes before the Court upon the application of the United States of America to dismiss without prejudice the Superseding Information in this case as to Defendant Sandy Milan-Ponce under Rule 48(a) of the Federal Rules of Criminal Procedure. For reasons stated in the motion, the court finds that the interests of justice and judicial economy are served by granting the requested dismissal.

//
//
//
//

WHEREFORE, IT IS HEREBY ORDERED that the government's application to dismiss without prejudice the Superseding Information as to Defendant Sandy Milan-Ponce is GRANTED.

DATED: 12/6/19

HON. KAREN S. CRAWFORD
UNITED STATES MAGISTRATE JUDGE